No. 5,837.—STATE ex rel. FARMERS & MINERS' STATE BANK, Relator, *v.* DISTRICT COURT et al., Respondents.

Original application for writ of supervisory control directed to the District Court of the Eighth Judicial District in and

for the County of Cascade and Honorable Stephen J. Cowley, a Judge thereof, to review an order dismissing relator's appeal in its action against August Probst.

Decided October 13, 1925.

PER CURIAM.—Relator's petition for writ of supervisory control herein is denied.